UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| S.L., by his parents and next friends, | ) | |
| KAREN AND MARK LAYMON, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-1592-RLY-WTL |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Comes now the court, having granted Defendant's Cross-Motion for Summary Judgment, and enters final judgment in its favor, and against the Plaintiffs herein, S.L., by his parents and next friends, Karen and Mark Laymon.

**SO ORDERED** this 3rd day of August 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/Christina Leighty
By: Deputy Clerk

Electronic Copies to:

Teresa L. Melton
BAKER & DANIELS
tlmelton@bakerd.com

Dorene J. Philpot
dphilpotlaw@alumni.indiana.edu

Roberta Sabin Recker
BAKER & DANIELS
rsrecker@bakerd.com